UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| KEENAN A. DAVIS, | |
|---|---|
| Plaintiff, | |
| v. | CAUSE NO.: 1:17-CV-465-WL-SLC |
| KRISTIN J PYLE, SCOTT D. McCART, THERESA L. SPRINGMANN, AND LESLEY J. MILLER LOWERY, | |
| Defendants. | |

OPINION AND ORDER

Keenan A. Davis, a prisoner without a lawyer, was granted leave to proceed against ATF Agent Kristin J. Pyle. ECF 13. The United States Marshals Service returned summons executed on August 29, 2018. ECF 15. However Pyle has not entered an appearance and a review of the return raises concerns that she may not have been properly served. Pursuant to 28 U.S.C. § 1915(d) and Federal Rule of Civil Procedure 4(c)(3), the court is required to serve the defendant. *Williams v. Werlinger*, 795 F.3d 759, 760 (7th Cir. 2015).

For these reasons, the United States Marshals Service is DIRECTED to contact the Bureau of Alcohol Tobacco and Firearms to verify whether Agent Kristin J. Pyle was employed on August 29, 2018, at the office in Fort Wayne where service was executed. If she was, the Marshals Service needs to file a supplemental return indicating verification of service at her place of employment. If she was not employed at that

address on that date, the Marshals Service is DIRECTED to obtain information from the Bureau so it can locate and serve Agent Kristin J. Pyle.

SO ORDERED on November 9, 2018.

                                                           s/William C. Lee
                                                           JUDGE WILLIAM C. LEE
                                                           UNITED STATES DISTRICT COURT