# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# FORT WAYNE DIVISION

KEENAN A. DAVIS, *also known as* Keenan Allan Davis,

    **Plaintiff,**

    v.

KRISTIN J. PYLE, *et al.*,

    **Defendants.**

CAUSE NO.: 1:17-cv-00465-WCL-SLC

## OPINION AND ORDER

In the Order entered August 6, 2018, Keenan A. Davis, a prisoner without a lawyer, was granted leave to proceed on a *Bivens* claim against ATF Agent Kristin J. Pyle in Pyle's individual capacity. (DE 13). An Assistant United States Attorney has now entered an appearance on her behalf and filed a notice stating that she has not been properly served as required by Federal Rule of Civil Procedure 4(i)(3) and that she is not employed at the ATF office in Fort Wayne, Indiana.

For these reasons, the Court:

(1) VACATES the order of November 9, 2018 (DE 16), which directed the United States Marshals Service to verify whether Agent Pyle had been properly served;

(2) DIRECTS the Clerk to prepare and deliver to the United States Marshals Service summons and USM-285 forms to serve Kristin J. Pyle, the United States Attorney for the Northern District of Indiana, and the Attorney General of the United States;

(3) DIRECTS the United States Marshals Service to use any lawful means to obtain the home address of Kristin J. Pyle and to serve her at that address;

(4) DIRECTS the United States Marshals Service to serve the United States Attorney for the Northern District of Indiana and the Attorney General of the United States.

SO ORDERED.

Entered this 29th day of November 2018.

/s/ Susan Collins
Susan Collins
United States Magistrate Judge